IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH THORNHILL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-01644-BSM |
| | ) | |
| v. | ) | Judge Miller |
| | ) | Magistrate Judge Volpe |
| NATIONAL ASSET RECOVERY SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO VOLUNTARILY DISMISS PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, ELIZABETH THORNHILL, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Motion to Voluntary Dismiss, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby respectfully requests that this Honorable Court enter an order reflecting that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The parties have reached a settlement accord and are in the process of resolving all remaining issues, such as the terms of the settlement agreement and the conditions for payment of the settlement proceeds.

3. In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that the dismissal order relative to the above captioned matter be *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of said order.

4.       Plaintiff further requests that the dismissal order reflect that if this case has not been reinstated within forty-five (45) days from the date of entry of said order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

                              Respectfully submitted,
                              **ELIZABETH THORNHILL**

By:    s/ David M. Marco
          Attorney for Plaintiff

Dated: January 6, 2011

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (312) 222-9028 (x812)
Facsimile: (888) 418-1277
E-Mail:    dmarco@smithlaw.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH THORNHILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 4:10-cv-01644-BSM |
| | ) | |
| v. | ) | **Judge Miller** |
| | ) | **Magistrate Judge Volpe** |
| **NATIONAL ASSET** | ) | |
| **RECOVERY SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

**To:**   Michael Klutho
Bassford Remele
33 South Sixth Street, Suite 3800
Minneapolis MN 55402-3707

I, David M. Marco, an attorney, certify that on **January 6, 2011**, I shall cause to be served a copy of **Plaintiff's Motion to Voluntarily Dismiss**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

|   |   |   |   |
|---|---|---|---|
| __X__ | U.S. Mail | ____ | Facsimile |
| ____ | Messenger Delivery | ____ | Email |
| ____ | Federal Express/UPS | ____ | ECF |

By:   s/ David M. Marco
Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (312) 222-9028 (x812)
Facsimile:   (888) 418-1277
E-Mail:      dmarco@smithlaw.us