# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ELIZABETH THORNHILL**                                                                    **PLAINTIFF**

v.                                      **CASE NO. 4:10cv01644 BSM**

**NATIONAL ASSET**
**RECOVERY SERVICES, INC.**                                                        **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff Elizabeth Thornhill ("Thornhill") requests that this case be dismissed without prejudice due to settlement. [Doc. No. 3]. For good cause shown, the motion is granted. This case is dismissed without prejudice, without costs to either party, and with leave for Thornhill to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal without prejudice to a dismissal with prejudice.

IT IS SO ORDERED this 6th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE